FORM A—To be used by a prisoner filing a complaint under the Civil Rights Act, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

Dwight Marquez Kellogg
~~XXX~~

(Enter above the full name of
the plaintiff or plaintiffs
in this action.)

v.

Douglas County
~~XXX~~

(Enter above the full name of
the defendant or defendants
in this action, if known.)

COMPLAINT  8:18CV197

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2018 MAY -3 PM 1:46
OFFICE OF THE CLERK

RECEIVED
MAY 3 - 2018
CLERK
U.S. DISTRICT COURT

(Note: If there is more than one plaintiff, a separate sheet should be attached giving the information in Parts I, II, and III for each plaintiff, by name. Remember, all plaintiffs must sign the complaint.)

I. A. Place of Present Confinement _Douglas County Jail_
   B. Parties to this civil action: _one_

   Please give your commitment name and any other name(s) you have used while incarcerated.

   (1) Plaintiff _Dwight Marquez Kellogg_ Registr. No. _220484_
       Address _710 South 17th Street Omaha, Nebraska, 68102_

       _____

       Additional plaintiff's Registr. No. and address:

       _____

       _____

   (2) Defendant _Douglas County_
       is employed as _Douglas County_ at _Douglas County_
       Additional defendant's employment: _Sergeant, Hololenbeck Sergeant, Whitner Officer R.M. Baier Sergeant, Swircek Officer, Grothe, Officer, AR Gillaspie Officer, Dustin Luschwiz Officer, Heather Yosten_

II. Previous Civil Actions

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?
   Yes ___ No ___

   (1) Title: _____
       (Plaintiff)     (v.)       (Defendant)

   (2) Date filed _____

   (3) Court where filed _____
       (specify if the court was state or federal and the level of the court)

   (4) Court number and citation _____

   (5) Name of judge to whom the case was assigned _____

   (6) Basic claim made _____

6

(7) Date of disposition_____

(8) Disposition_____
         (pending) (on appeal) (resolved)

(9) If decided by the court, state whether for plaintiff or defendant_____

(10) Approximate date of filing_____

(11) Approximate date of judgment_____

For additional cases, provide the above information in the same format on a separate page.

B. Have you begun other cases in state or federal courts relating to the conditions of your treatment while in confinement?   Yes ___ No _X_

III. Grievance Procedure

A. Does your institution have an administrative or grievance procedure?   Yes _X_ No ___

B. Did you present the facts relating to your complaint through the administrative or grievance procedure?
   Yes ___ No _X_

C. What was the result? _I never file a grievance but I submitted a inmate request form_

D. If you did not file a grievance, state the reasons _didn't Institution had a grievance from procedure_

E. Please attach any responses as exhibits to this complaint.

F. If there is not prisoner grievance procedure at your institution, did you complain to prison authorities?
   Yes _X_ No ___

7

G. If your answer to F is yes,

A. What steps did you take and what was the result? Submit inmate request from and no responce back.

IV. Jurisdiction

A. Is this complaint brought for a violation of your federal constitutional rights by a person employed by the state, county, or municipal government or acting with such government officials? Yes X No ___

If "yes," please state the agency the official(s) is/are employed by or why you believe the defendant(s) was/were acting in conjunction with government officials: Sergeant, Whiter Sergeant, T.P Swricek Sergeant, Hololenbeck Officer R.M Bavier, Officer Loschwitz Dustin, Officer A.R Gillaspie, Officer, Grothe, Officer Heather Yosten

B. Is this complaint brought for a violation of state or local law? Yes X No ___

If so, please specify (without alleging any supporting facts) the state law(s) you believe was/were violated My 5th, 6th, and 8th amendment rights has been Violated.

Is/are the defendant(s) residents of the same state as you? Yes X No ___

If not, specify what state _____

8

B. State briefly your legal theory or cite appropriate authority: _See attached documents and thank you for your concern. Also have three stamp Envelope inside with court documents inside_

VI. Relief

A. Do you request money damages? Yes _X_ No ___

If so, _I'm requesting relief of 4 million dollars_

1. Did you lose any money from this incident? Yes ___ No _X_ If so, how much? _____

2. Did you receive a physical injury? Yes _X_ No ___

3. What other harm did you experience from this incident? _Jaw, neack, front head, injury, back head injurys and got to get tooth pulled because it cause me pain ungoing pain, I was assilted By Dougls County Jail Staff_

4. State the amount of damages claimed _4 million dollars_

B. Do you request a jury trial? Yes ___ No _X_

C. State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

_Please grant me my request of relief of 4 million dollars, and thank you for your concern._

11

B. State briefly your legal theory or cite appropriate authority: _See attached documents and thank you for your Concern. Also have three Stamp Envelope inside with Court documents inside_

VI. Relief

A. Do you request money damages? Yes _X_ No ___

If so, _I'm requesting relief of 4 million dollars_

1. Did you lose any money from this incident? Yes ___ No ___ If so, how much? ___

2. Did you receive a physical injury? Yes _X_ No ___

3. What other harm did you experience from this incident? _Jaw, neack, front of my head injury backhead injury and got to get tooth pulled because it cause me pain ungoing pain, I was assulted by Dougls County Jail staff._

4. State the amount of damages claimed _4 million dollars_

B. Do you request a jury trial? Yes ___ No _X_

C. State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

_Please grant me my request of relief of 4 million dollars, and thank you for your Concern._

RECEIVED

MAY 3 - 2018

CLERK
U.S. DISTRICT COURT

12

VII. Request for Appointment of Counsel

    A. Do you want an attorney to represent you in presenting your claim to the court? Yes ___ No _X_

    B. Did someone help you in preparing this complaint? Yes ___ No _X_ If so, state the person's name (optional)

    _____

    _____

    C. Have you made any efforts to contact a private lawyer to determine if he or she would represent you in this action? Yes ___ No _X_

    If so, state the name(s) and address(es) of each lawyer contacted _____

    _____

    _____

    If not, state your reasons _Cant afford alwyer Pro-Se acting as my own attrney_

    _____

(Note: This court has no funds with which to pay an attorney for handling this type of case. Because of this, appointments are made only in cases where an attorney is greatly needed and the attorney is willing to take the case without expecting to receive any fee.)

**I declare under penalty of perjury that the forgoing is true and correct.**

Signed this _29_ day of _~~Repo~~ April_, 20_18_.

                    _Dwight Marquez Kellogg_
                    _Dwight Marquez Kellogg_
                    (Signature(s) of Plaintiff(s))

13

Dwight M Kellogg
Printed Name

(~~~~~~~~~~)  (~~~11~~~)
Data #      Module #

**Douglas County**
DEPARTMENT OF CORRECTIONS
710 SOUTH 17TH STREET
OMAHA, NEBRASKA 68102

RECEIVED

MAY 3 - 2018

CLERK
U.S. DISTRICT COURT

Clerk of The United States District Court
111 South 18th Plaza
Suite 1152
Omaha, NE 68102-1322

Dwight M Kellogg    Bron 9-5-91    4-29-18

The Douglas County Jail officers that was in Unit-P / The Gym in Douglas County Jail all Three of them have Conflicting Stories to cover up for them assulting me on March, 2, 2018. All three of these officers was in Unit-P/ The Gym with these officers are lying to cover up for assulting me on that day. Please check and review Camera Footages of Unit-P/Gym and pictures of my swollen face Knots in the back of my head. The Douglas County Sheriff's Department will in should have the pictures/photos of me from that day also my Statement from that day as well. Bye these three officers assulting me in Unit-P/ The Gym. Thank you for your Concern.

Sign, Dwight Marquez Kellogg 220814
Plaintiff

RECEIVED

MAY 3 - 2018

CLERK
U.S. DISTRICT COURT

Witnesses Name's
INMATE
Petrell Greene -
Richard Carmona JR # 1673235
Herbert Sturgen # 1329603
Leo Newson

# DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS
## 710 South 17th Street
## Omaha, Nebraska 68102

### DISCIPLINARY MISCONDUCT REPORT

REPORT # 3-97          I/M CLASSIFICATION: MAX
REPORTING EMPLOYEE: CO1 Dustin Luschwitz          CHIT # 7970
INMATE'S FULL NAME: Kellogg          Dwight          M
                    Last            First           Middle
INMATE DATA #: 220481          HOUSING UNIT: 20          ROOM # 8
DATE: 2-Mar-18          TIME: 1819          LOCATION: H/U P
SENTENCED: ☐    PRETRIAL: ☒    FEDERAL: ☐    ICE: ☐    HOLD: ☐
CHARGES: VOP-POSS C/S
ALLEGED MISCONDUCT INFRACTION: Assault Officer on (Physical)
                                (To be Completed by Case Management)

**REPORT NARRATIVE:**

On 03/02/2018 at about 1819 I CO1 Luschwitz, Dustin #7970 assisted in restraining I/M Kellogg, Dwight M #2204814 so that he could be transported to H/U 20.

On the above date at 1819 hours I responded to a code blue in H/U P. I arrived at about 1819 hours and saw CO1 Gillespie #6513 and CO1 Grothe #7828 trying to help I/M Kellogg into a chair to place restraints on his wrist. I/M Kellogg then stood and began swinging his arms, with closed fists, wildly around. He struck CO1 Gillespie with a closed fist and was then taken to the ground. While CO1 Gillespie and CO1 Grothe were attempting to secure his wrist in restraints he continued to violently resist. At this time I began securing I/M Kellogg's legs. He began violently kicking his legs at me in an attempt to resist. His foot grazed my nose and struck me in the forehead. I then used an open hand strike with my left hand on his left common peroneal and secured the left foot in restraints. CO1 Grothe then assisted me in securing the right foot in the restraints. I then held his legs on the floor until he was raised to his feet and escorted from the housing unit by other officers.

In conclusion, this report was written to document what happened in H/U P and why I/M Kellogg has been placed on lockdown pending a hearing.

REPORTING OFFICER'S SIGNATURE          SHIFT SUPERVISOR'S SIGNATURE

Distribution: Original – Hearing Board, Copy – Inmate File, Copy – Inmate

Page 1 of 1

DCC 77

**DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS**
710 South 17th Street
Omaha, Nebraska 68102

## DISCIPLINARY MISCONDUCT REPORT

REPORT #   3-63                                     I/M CLASSIFICATION:   Min
REPORTING EMPLOYEE:   Grothe, Thomas                                CHIT #   7828
INMATE'S FULL NAME:   Kellogg                         Dwight                M
                      Last                            First                 Middle
INMATE DATA #:   2204814          HOUSING UNIT:   P       ROOM # 10
DATE:   2-Mar-18       TIME:   1934      LOCATION:   2B Housing Unit P
SENTENCED: ☐   PRETRIAL ☐   FEDERAL: ☐   ICE: ☐   HOLD: ☒
CHARGES:   VOP-POSS C/S
ALLEGED MISCONDUCT INFRACTION:   Flare Temper, Failure Comply
                                 (To be Completed by Case Management)

**REPORT NARRATIVE:**

On March 2, 2018, I, Officer Grothe, Thomas 7828 was working as one of the Housing Unit Officers in P mod.

At approximately 1819 hours, Inmate Kellogg became disruptive about what appeared to be in his food tray. Inmate Kellogg stated that there was a bone in his food tray. I tired talking to Inmate Kellogg about the issue with his food tray. Inmate Kellogg then stated to me "I don't give a fuck who you are!" I replied "Okay let me talk to for a minute." Inmate Kellogg then threw his food tray on the ground. The food tray hit Inmate Keim, Christopher 2261958. Inmate Keim rushed toward Inmate Kellogg, and hit Inmate Kellogg with a closed fist in the head. Inmate Kellogg fell to the ground. Inmate Keim continued to strike Inmate Kellogg in the head. I gave a directive to Inmate Keim to stop and get on the ground. Inmate Keim walked away from Inmate Kellogg. Once Inmate Keim walked away from Inmate Kellogg, Inmate Kellogg rushed toward Inmate Keim. At this point escort officers intervened and grabbed Inmate Kellogg, and attempted to place Inmate Kellogg in restraints. Inmate Kellogg was non-compliant, and became actively aggressive toward staff. Inmate Kellogg was swinging closed fist at staff, and kicking with both feet toward staff. Once Kellogg was on his stomach, Officer Gillaspie, Adam 6513 secured his arms in restraints. With the help of Officer Luschwitz, Dustin 7970, we secured his ankles in leg restraints. I applied the left leg restraint on Inmate Kellogg. Inmate Kellogg was then escorted to medical. Nurse Theresa, Thomas 8363 checked and cleared Inmate Kellogg. Once cleared by medical, Inmate Kellogg was secured in Housing Unit 20 room 8.

REPORTING OFFICER'S SIGNATURE                SHIFT SUPERVISOR'S SIGNATURE

Distribution: Original - Hearing Board, Copy - Inmate File, Copy – Inmate

Page 1 of 2

DCC 77

In conclusion, a physical altercation occurred between Inmate Keim and Inmate Kellogg. Inmate Kellogg was non-compliant with staff when trying to place him in restraints. Inmate Kellogg became actively aggressive toward staff. Inmate Kellogg struck several Officers. Inmate Kellogg also kicked his feet toward Officers. Once secured in restraints, Inmate Kellogg was escorted to medical. Once seen and cleared by medical, Inmate Kellogg was secured in Housing Unit 20 room 8.

_____
REPORTING OFFICER'S SIGNATURE

_____
SHIFT SUPERVISOR'S SIGNATURE

Distribution: Original – Hearing Board. Copy – Inmate File. Copy – Inmate

Page 2 of 2

DCC 77

## DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS
710 South 17th Street
Omaha, Nebraska 68102

### DISCIPLINARY MISCONDUCT REPORT

REPORT # 3-76     I/M CLASSIFICATION: MIN
REPORTING EMPLOYEE: A.R. Gillaspie     CHIT # 6513
INMATE'S FULL NAME: Kellogg (Last)   Dwight (First)   M (Middle)
INMATE DATA #: 2204814     HOUSING UNIT: P     ROOM #
DATE: 2-Mar-18     TIME: 1819     LOCATION: Housing Unit P
SENTENCED: ☐   PRETRIAL: ☒   FEDERAL: ☐   ICE: ☐   HOLD: ☒
CHARGES: VOP-POSS C/S
ALLEGED MISCONDUCT INFRACTION: Failure Comply, Disruption, Assault Officer (Physical)
*(To be Completed by Case Management)*

**REPORT NARRATIVE:**

On 03-02-2018 I Officer Gillaspie, Adam 6513 was assigned as the 2C R1 when I placed inmate Kellogg, Dwight 2204814 on lockdown status.

At approximately 1819 a code blue was called for housing unit P. When I arrived both inmates had stopped fighting. I noticed Officer Grothe, Thomas 7828 giving inmate Kellogg verbal directives to place his hands behind his back. Inmate Kellogg refused to listen to Officer's commands. Inmate Kellogg then sat down in a chair. I then went behind inmate Kellogg and grabbed his left arm and began placing it behind his back. Inmate Kellogg then stood up and stated "you don't have to do this." I then gave inmate Kellogg multiple verbal directives to place his hands behind his back. Inmate Kellogg refused to follow my verbal directives. I then gave inmate Kellogg two closed fist strikes with my right hand to his right super scapula. I then went to deliver a third closed first strike to inmate Kellogg's super scapula but ended up strike inmate Kellogg on the right side of his head. Officer Grothe and I were able to get inmate Kellogg to a kneeling position. I then gave inmate Kellogg loud verbal commands to get on the ground. Inmate Kellogg refused. I then delivered two more closed fist strikes to inmate Kellogg's right super scapula. Inmate Kellogg then stood up and swung at me with a closed fist striking me on the left side my forehead. I then wrapped my arms around inmate Kellogg's upper torso and used balance displacement to placed inmate Kellogg on the floor. At this point I was then able to place inmate Kellogg in restraints.

In conclusion inmate Kellogg was placed on lockdown status pending hearing in housing unit 20 room 8.

_____6513
REPORTING OFFICER'S SIGNATURE

_____
SHIFT SUPERVISOR'S SIGNATURE

Distribution: Original – Hearing Board, Copy – Inmate File, Copy – Inmate

Page 1 of 1

DCC 77

Dwight M Kellogg
Printed Name

( 2204814 ) ( 11 )
Data #    Module #

Douglas County
DEPARTMENT OF CORRECTIONS
710 SOUTH 17TH STREET
OMAHA, NEBRASKA 68102

RECEIVED
MAY 3 - 2018
CLERK
U.S. DISTRICT COURT



Clerk of the United States District
111 South 18th Plaza
Suite 1152
Omaha, NE 68102