IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DWIGHT MARQUEZ KELLOGG, | ) | |
| | ) | |
| Plaintiff, | ) | 8:18CV197 |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM** |
| DOUGLAS COUNTY, | ) | **AND ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff has filed a Motion (Filing No. 7) asking the court to order the production of "camera footage" of certain areas of the Douglas County Jail. Before this case is permitted to progress—including engaging in discovery—the court is required to review Plaintiff's in forma pauperis Complaint to determine whether summary dismissal is appropriate. After such review, the court must dismiss the Complaint or any portion of it that states a frivolous or malicious claim, that fails to state a claim upon which relief may be granted, or that seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B). Accordingly,

IT IS ORDERED that Plaintiff's Motion (Filing No. 7) requesting that the court order the production of "camera footage" of certain areas of the Douglas County Jail is denied without prejudice.

DATED this 18th day of May, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge