IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DWIGHT MARQUEZ KELLOGG, | ) | |
| | ) | |
| Plaintiff, | ) | 8:18CV197 |
| | ) | |
| v. | ) | |
| | ) | |
| DOUGLAS COUNTY, SERGEANT WHITER, in their official capacity, SERGEANT T.P. SWIRECEK, in their official capacity, SERGEANT HOLOLENBECK, in their official capacity, OFFICER R.M. BAIER, in their official capacity, OFFICER DUSTIN LUSCHWITZ, in their official capacity, OFFICER A.R. GILLASPIE, in their official capacity, OFFICER GROTHE, in their official capacity, and OFFICER HEATHER YOSTEN, in their official capacity, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |

      This matter is before the court on its own motion. On August 14, 2018, the Clerk of the Court sent a Memorandum and Order (Filing No. 13) to Plaintiff giving him until September 21, 2018, to file an amended complaint that states a claim upon which relief may be granted. On August 23, 2018, the Memorandum and Order was returned to the court as undeliverable, and no forwarding information was provided. (Filing No. 14.) Plaintiff has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that: Plaintiff shall have 30 days from the date of this Memorandum and Order to apprise the court of his current address, in the absence of which this matter will be dismissed without prejudice and without further notice. The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: October 11, 2018: Plaintiff's deadline for informing court of address.

DATED this 11th day of September, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge